## Case Information

26DCV363291 | ANGSTROM ALUMINUM CASTINGS TEXAS, LLC vs. TESLA,INC

| Case Number | Court | Judicial Officer |
|---|---|---|
| 26DCV363291 | 146th Judicial District Court | Russell, Mike |
| **File Date** | **Case Type** | **Case Status** |
| 07/23/2026 | Debt/Contract: Other | Re-Opened |

## Party

Plaintiff
ANGSTROM ALUMINUM CASTINGS TEXAS, LLC

Active Attorneys
Lead Attorney
SILVA, LIARA A
Retained

Defendant
TESLA,INC

## Disposition Events

07/28/2026 Judgment

Judicial Officer
Russell, Mike

Judgment Type
All Other Dispositions

Comment

Comment (REMOVED TO THE US DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION)

## Events and Hearings

07/23/2026 New Case Filed (OCA)

07/23/2026 Petition (e-File)

Comment
PLAINTIFF'S ORIGINAL PETITION BY SILVA

07/23/2026 Request for Service

Comment
REQUEST FOR SERVICE TO TESLA,INC

07/28/2026 Citation

Served
07/28/20262:41 PM

Anticipated Server
Other Server

Anticipated Method
In Person

07/28/2026 Notice (e-File)

Comment
NOTICE OF FILING NOTICE OF REMOVAL - GIVE TO JINA

07/29/2026 Served Service

Comment
SERVED CITATION FOR TESLA INC

07/29/2026 Motion - No Fee (e-File)

Comment
NON-RESIDENT PRO HAC VICE MOTION PH SAW

07/29/2026 No Fee Documents (e-File)

Comment
DECLARATION OF TODD A. HOLLEMAN

07/29/2026 Motion - No Fee (e-File)

Comment
MOTION IN SUPPORT OF TODD A. HOLLEMAN'S NON-RESIDENT PRO HAC VICE MOTION

08/06/2026 General Filing

Comment
ORDER OF REMAND AND DOCKET SHEET FILED WITH THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

08/06/2026 Order Remanding Back to District Court - ReOpen OCA

08/20/2026 Copy Request (copies)

Comment
COPY REQUEST FROM NORTON ROSE FULBRIGHT