# Exhibit B

**All papers filed in**

*Angstrom Aluminum Castings Texas, LLC v. Tesla, Inc*., Cause No. 26DCV363291; In the 146th Judicial District Court, Bell County, Texas

| | |
|---|---|
| Exhibit B-1 | July 23, 2026 – Plaintiff's Original Petition |
| Exhibit B-2 | July 28, 2026 – Defendant's Notice of Filing Notice of Removal |
| Exhibit B-3 | July 29, 2026 – Non-Resident Pro Hac Vice Motion |
| Exhibit B-4 | July 29, 2026 – Declaration of Todd A. Holleman |
| Exhibit B-5 | July 29, 2026 – Motion in Support of Todd A. Holleman's Non-Resident Pro Hac Vice Motion |
| Exhibit B-6 | August 20, 2026 – Request for copy of Order of Remand |