# Exhibit B-3

**July 29, 2026 – Non-Resident Pro Hac Vice Motion**

CAUSE NO. 26DCV363291

| | | |
|---|---|---|
| ANGSTROM ALUMINUM CASTINGS TEXAS, LLC<br>Plaintiff, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | § | 146th JUDICIAL DISTRICT |
| TESLA, INC.,<br>Defendant. | §<br>§<br>§ | BELL COUNTY, TEXAS |

**NON-RESIDENT PRO HAC VICE MOTION**

1. Attorney Todd A. Holleman files this Non-Resident Pro Hac Vice Motion to request permission to participate in the above-entitled cause of action. The following contact information for Mr. Holleman is provided pursuant to Rule 19 of the Rules Governing Admission to the Bar of Texas: (i) office address: 500 Woodward Ave., Suite 3600, Detroit, Michigan 48226; (ii) telephone number: 313.672.6939; (iii) fax number: 248.436.6634; and (iv) email address: hollemant@millerjohnson.com. Mr. Holleman has not appeared in any other causes or causes of action in Texas state courts within the past two years. Mr. Holleman is a licensed attorney in the State of Michigan. Mr. Holleman is also admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| State of Ohio | December 14, 2005 |
| State of Illinois | June 5, 2012 |
| State of Wisconsin | February 6, 2018 |
| United States District Court Northern District of Illinois | July 5, 2012 |
| United States District Court Eastern District of Wisconsin | January 31, 2005 |
| United States District Court Southern District of Ohio | September 14, 2018 |

| | |
|---|---|
| United States District Court<br>Northern District of Ohio | September 9, 2009 |
| United States District Court<br>Eastern District of Michigan | February 7, 2000 |
| United States District Court<br>Western District of Michigan | July 24, 2009 |
| United States Court of Appeals<br>Third Circuit | September 29, 2011 |
| United States Court of Appeals<br>Fifth Circuit | August 14, 2018 |
| United States Court of Appeals<br>Sixth Circuit [1] | May 22, 2003 |

Mr. Holleman is a member in good standing in each jurisdiction in which he is licensed.

2. Mr. Holleman has not been the subject of disciplinary action by the Bar or courts of any jurisdiction in which he is licensed within the preceding five years. Mr. Holleman has not been denied admission to the courts of any State or to any federal court during the preceding five years. Mr. Holleman is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the Bar, and he will at all times abide by and comply with the same so long as the above-entitled cause of action is pending and he has not withdrawn as counsel therein.

3. Mr. Holleman will be working alongside Liara A. Silva while participating in the above-entitled cause of action. The following contact information for Ms. Silva is provided pursuant to Rule 19 of the Rules Governing Admission to the Bar of Texas: (i) office address is 402 W. Seventh Street Austin, Texas 78701; (ii) telephone number: 512.476.2020; (iii) fax number: 512.477.5267; (iv) email address: lsilva@fritzbyrne.law; and (v) state bar number: Texas State Bar No. 24117923. Ms. Silva has filed a motion in support of Mr. Holleman being granted

[1] Todd A. Holleman was recently admitted Pro Hac Vice in a case in the Western District of Texas.

permission to participate in the above-entitled cause of action.

4. Attached to this motion is a true and correct copy of the Acknowledgement Letter that Mr. Holleman received from the Texas Board of Law Examiners, which evidences that he has paid the required $250 fee pursuant to Texas Government Code § 82.0361.

**PRAYER**

For these reasons, Mr. Holleman requests that the Court grant this motion and permit him to represent Plaintiff Angstrom Aluminum Castings Texas, LLC and participate in the proceedings in the above-entitled cause of action.

Respectfully submitted,

**MILLER JOHNSON**
500 Woodward Ave., Suite 3600
Detroit, MI 48226
Email: hollemant@millerjohnson.com
Telephone: (313) 672-6939

By: Todd Holleman
Todd A. Holleman
Michigan State Bar No. P57699
Email: hollemant@millerjohnson.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has this 29th day of July 2026, served on the following parties as indicated:

Marc B. Collier
Norton Rose Fullbright US, LLP
98 San Jacinto boulevard, Suite 1100
Austin, TX 78701
Email: marc.collier@nortonrosefulbright.com

**ATTORNEY FOR DEFENDANT**

# EXHIBIT

# Board of Law Examiners

Appointed by the Supreme Court of Texas

July 27, 2026

Todd A. Holleman
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: Todd A. Holleman**

**Case: 26DCV363291**

**Texas court or body: 146th Judicial District, Bell County**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang

Nahdiah Hoang
Executive Director

MAILING ADDRESS
Post Office Box 13486
Austin,Texas 78711-3486

TELEPHONE: 512- 463-1621 - FACSIMILE: 512- 463-5300
WEBSITE: www.ble.texas.gov

STREET ADDRESS
205 West 14th Street, Ste.500
Austin, Texas 78701