# Exhibit B-4

## July 29, 2026 – Declaration of Todd A. Holleman

CAUSE NO. 26DCV363291

| | | |
|---|---|---|
| ANGSTROM ALUMINUM CASTINGS TEXAS, LLC<br>Plaintiff, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | § | 146th JUDICIAL DISTRICT |
| TESLA, INC.,<br>Defendant. | §<br>§<br>§ | BELL COUNTY, TEXAS |

**DECLARATION OF TODD A. HOLLEMAN**

1. My name is Todd A. Holleman. I am a licensed attorney in the state of Michigan. I am over the age of 18 years and am competent in all respects to make this declaration. The factual statements contained herein are within my personal knowledge and are true and correct.

2. This declaration is submitted in support of my Non-Resident Pro Hac Vice Motion. I have reviewed the facts set forth in that Motion, and those factual statements are true and correct. Attached to this Motion is a true and correct copy of the Acknowledgement Letter that I received from the Texas Board of Law Examiners, which evidences that I paid the required $250 fee pursuant to Texas Government Code § 82.0361.

My name is Todd A. Holleman, my date of birth is February 2, 1968 and my business address is 500 Woodward Avenue, Suite 3600, Detroit, Michigan 48226. As authorized by Section 132.001 of the Texas Civil Practice and Remedies Code, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wayne County, Detroit, Michigan, on the 28th day of July, 2026.

Todd Holleman

**Todd A. Holleman**