# Exhibit B-5

**July 29, 2026 – Motion in Support of Todd A. Holleman's Non-Resident Pro Hac Vice Motion**

CAUSE NO. 26DCV363291

| | | |
|---|---|---|
| ANGSTROM ALUMINUM CASTINGS TEXAS, LLC | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| vs. | § | 146TH JUDICIAL DISTRICT |
| | § | |
| TESLA, INC., | § | |
| Defendant. | § | BELL COUNTY, TEXAS |

**MOTION IN SUPPORT OF TODD A. HOLLEMAN'S**
**NON-RESIDENT PRO HAC VICE MOTION**

Attorney Liara A. Silva files this Motion in Support of Todd A. Holleman's Non-Resident Pro Hac Vice Motion, which has been filed concurrently with this motion. Ms. Silva is counsel for Plaintiff Angstrom Aluminum Castings Texas, LLC in the above-entitled cause of action. Ms. Silva is a licensed attorney in the state of Texas. After speaking with Mr. Holleman and conducting her own due diligence regarding Mr. Holleman's professional fitness, Ms. Silva finds Mr. Holleman to be a reputable attorney and recommends that the Court grant permission to Mr. Holleman to participate in the above-entitled cause of action.

**PRAYER**

For these reasons, Ms. Silva requests that the Court grant Mr. Holleman's Non-Resident Pro Hac Vice Motion and permit him to participate in the above-entitled cause of action.

Respectfully submitted,

**FRITZ BYRNE, PLLC**
402 West 7th Street
Austin, Texas 78701
Telephone: (512) 476-2020
Fax: (512) 477-5267

BY: */s/ Liara A. Silva*
Liara A. Silva
State Bar No. 24117923
Email: lsilva@fritzbyrne.law

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has this 29th day of July 2026, served on the following parties as indicated:

Marc B. Collier
Norton Rose Fullbright US, LLP
98 San Jacinto boulevard, Suite 1100
Austin, TX 78701
Email: marc.collier@nortonrosefulbright.com

**ATTORNEY FOR DEFENDANT**