# Exhibit B-6

**August 20, 2026 – Request for Copy of Order of Remand**

Filed 8/20/2026 3:15 PM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy

NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255

Direct line +1 512 536 2437
ethan.glenn@nortonrosefulbright.com

Tel +1 512 474 5201
Fax +1 512 536 4598
nortonrosefulbright.com

August 20, 2026

**VIA eFileTexas**

Joanna Staton
Bell County District Clerk
1201 Huey Road
Belton, Texas 76513

Re: Cause No. 26DCV363291; *Angstrom Aluminum Castings Texas, LLC v. Tesla, Inc.*; In the 146th Judicial District Court, Bell County, Texas

Dear Ms. Staton:

I am writing to request an emailed copy of United States District Court's Order of Remand to the Bell County District Court, which was filed into the above case on August 6, 2026. Pursuant to our conversation with your office today, we have paid contemporaneously with this filing the copy fee of $1.00.

As soon as possible, please email the document to **angi.williamson@nortonrosefulbright.com** and **benton.mcdonald@nortonrosefulbright.com**. The matter is urgent, and we greatly appreciate your help.

Sincerely,

Norton Rose Fulbright US LLP

*/s/ Ethan Glenn*

Ethan Glenn

BM/aw



Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com/legal-notices.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angi Williamson on behalf of Ethan Glenn
Bar No. 24101810
angi.williamson@nortonrosefulbright.com
Envelope ID: 118896713
Filing Code Description: Copy Request
Filing Description: COPY REQUEST FROM NORTON ROSE FULBRIGHT
Status as of 8/21/2026 10:02 AM CST

Associated Case Party: TESLA,INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marc Collier | | marc.collier@nortonrosefulbright.com | 8/20/2026 3:15:49 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 8/20/2026 3:15:49 PM | SENT |
| Cindy Salgado | | cindy.salgado@nortonrosefulbright.com | 8/20/2026 3:15:49 PM | SENT |
| Kayla Ahmed | | kayla.ahmed@nortonrosefulbright.com | 8/20/2026 3:15:49 PM | SENT |
| Ethan Glenn | | ethan.glenn@nortonrosefulbright.com | 8/20/2026 3:15:49 PM | SENT |
| Angi Williamson | | angi.williamson@nortonrosefulbright.com | 8/20/2026 3:15:49 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christine EBurgess | | cburgess@fritzbyrne.law | 8/20/2026 3:15:49 PM | SENT |
| Keri Anderson | | kanderson@fritzbyrne.law | 8/20/2026 3:15:49 PM | SENT |
| April Morton | | amorton@fritzbyrne.law | 8/20/2026 3:15:49 PM | SENT |
| Brenda Damron | | bdamron@fritzbyrne.law | 8/20/2026 3:15:49 PM | SENT |
| Eaton Sargent | | esargent@fritzbyrne.law | 8/20/2026 3:15:49 PM | SENT |
| Todd A. Holleman | | hollemant@millerjohnson.com | 8/20/2026 3:15:49 PM | SENT |
| Liara Silva | | lsilva@fritzbyrne.law | 8/20/2026 3:15:49 PM | SENT |