# Exhibit C

## Names and Contact Information of the Parties and Their Counsel

Pursuant to Local Rule 9027-1(b)(1), the names and contact information of the parties and their counsel of record are listed below.

All parties have been served with process in the state court proceeding.

| | |
|---|---|
| **Angstrom Aluminum Castings Texas, LLC**<br>222 Lely Drive<br>Troy, Texas 76579 | **Counsel for Angstrom Aluminum Castings Texas, LLC**<br>Liara A. Silva<br>FRITZ BYRNE, PLLC<br>402 West Seventh Street<br>Austin, Texas 78701<br>Telephone: (512) 476-2020<br>Facsimile: (512) 477-5267<br>lsilva@fritzbyrne.law<br><br>AND<br><br>Todd A. Holleman<br>MILLER JOHNSON<br>500 Woodward Ave., Suite 3600<br>Detroit, Michigan 48226<br>Telephone: (313) 672-6939<br>hollemant@millerjohnson.com<br><br>AND<br><br>Jason B. Binford<br>J. Casey Roy<br>KANE RUSSELL COLEMAN LOGAN PC<br>401 Congress Avenue, Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 487-6650<br>jbinford@krcl.com<br>croy@krcl.com<br><br>AND<br><br>JaKayla J. DaBera<br>KANE RUSSELL COLEMAN LOGAN PC<br>901 Main Street, Suite 5200 |

| | |
|---|---|
| | Dallas, Texas 75202<br>Telephone: (214) 777-4200<br>jdabera@krcl.com |
| **Tesla, Inc.**<br>1 Tesla Road<br>Austin, Texas 78725 | **Counsel for Tesla, Inc.**<br>Jason L. Boland<br>Kevin Lie<br>NORTON ROSE FULBRIGHT US LLP<br>1550 Lamar Street, Suite 2000<br>Houston, Texas 77010<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br>jason.boland@nortonrosefulbright.com<br>kevin.lie@nortonrosefulbright.com<br><br>AND<br><br>Marc B. Collier<br>Ethan Glenn<br>Kayla Ahmed<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone: (512) 474-5201<br>Facsimile: (512) 536-4598<br>marc.collier@nortonrosefulbright.com<br>ethan.glenn@nortonrosefulbright.com<br>kayla.ahmed@nortonrosefulbright.com |