**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| In re:<br><br>ANGSTROM ALUMINUM CASTINGS TEXAS, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 26-60766-mmp |
| ANGSTROM ALUMINUM CASTINGS TEXAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Proc. No. 26-06013-mmp |

**TESLA, INC.'S SUPPLEMENT TO NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that on August 21, 2026, Defendant Tesla, Inc. ("Tesla") filed a *Notice of Removal* (the "Notice"). *See* Dkt. No. 1. That Notice informed the Court that Tesla was attaching all papers from the state court proceedings as required by Federal Rule of Bankruptcy Procedure 9027(a)(1)(C) and Local Rule 9027-1(b)(2) except for an Order of Remand from the United States District Court that was not available at the time of filing. *See* Dkt. No. 1 at 2 n. 1. Tesla has now received the Order of Remand and it is attached hereto as Exhibit B-7.

August 25, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland
Texas Bar No. 24040542
jason.boland@nortonrosefulbright.com
1550 Lamar St., Suite 2000
Houston, TX 77010
Telephone: (713) 651-3769
Facsimile: (713) 651-5246

Marc B. Collier
Texas Bar No. 00792418
marc.collier@nortonrosefulbright.com
Ethan Glenn
Texas Bar No. 24101810
ethan.glenn@nortonrosefulbright.com
Kayla Ahmed
Texas Bar No. 24136691
kayla.ahmed@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

*Counsel for Tesla, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2026 a true and correct copy of the foregoing *Tesla, Inc.'s Supplement to Notice of Removal* was served by this Court's CM/ECF system on all parties registered to receive such notice in the above-captioned case.

*/s/Jason L. Boland*
Jason L. Boland