# Exhibit B-7

**August 6, 2026 – Bell County District Court's file-stamped copy of the United States District Court's Order of Remand**

# UNITED STATES DISTRICT COURT

**for the Western District of Texas**
**800 Franklin Ave., Room 380**
**Waco, Texas 76701**

FILED
2026 AUG -6 AM 11:03
JOANNA STATON
DISTRICT COURT
BELL CO. TX

**Philip J. Devlin**
**Clerk of Court**

July 31, 2026
Date

Judge Mike Russell
146th Judicial District Court
Bell County Justice Center
1201 Huey Road
Belton TX 76513

I, PHILIP J. DEVLIN, Clerk of the United States District Court for the Western District of Texas, do hereby certify and remand the below-styled and numbered cause to

146th Judicial District Court of Bell County, Texas, case number 26DCV363291

pursuant to an Order entered granting the remand, by the Honorable Christopher R. Wolfe.

Enclosed are the certified copies of the order to remand as well as a certified copy of our docket sheet for the the cause entitled: Angstrom Aluminum Castings Texas, LLC v. Tesla, Inc.
Case Title

**U.S. District Court Case No: 6:26-cv-00485**

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at Waco, Texas, on this day

PHILIP J. DEVLIN, CLERK OF COURT

BY L Diaz
Deputy Clerk

Certified Mail No: 9589 0710 5270 3384 0857 52

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

ANGSTROM ALUMINUM
CASTINGS, LLC,

*Plaintiff,*

Civil Action No. 6:26-cv-00485

v.

TESLA, INC.,

*Defendant.*

---

## ORDER

The parties having stipulated and agreed that this case should be remanded pursuant to 28 U.S.C. § 1441(b)(2), the Court **REMANDS** this action to the 146th Judicial District of Bell County, Texas.

**IT IS SO ORDERED.**

Dated: July 31, 2026

Chris Wolfe
Christopher R. Wolfe
United States District Judge

A true copy of the original, I certify,
Clerk U.S. District Court

By L Diaz
Deputy



MJ_ND 4898-9449-9010v1

CASREF,CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:26−cv−00485−CRW−DNM

Angstrom Aluminum Castings Texas, LLC v. Tesla, Inc.
Assigned to: Judge Christopher R. Wolfe
Referred to: Judge Dan N. MacLemore
Demand: $1,000,000
Case in other court: 146th Judicial District Court, Bell County, Texas, 26DCV363291
Cause: 28:1441 Petition For Removal−−Other Contract

Date Filed: 07/28/2026
Date Terminated: 07/31/2026
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Angstrom Aluminum Castings Texas, LLC**

represented by

**Liara A. Silva**
Fritz Byrne, PLLC
402 West Seventh Street
Austin, TX 78701
512−476−4720
Email: lsilva@fritzbyrne.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd A. Holleman**
Miller Johnson
500 Woodward Ave, Suite 3600
Detroit, MI 48226
313−300−7324
Email: hollemant@millerjohnson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tesla, Inc.**

represented by

**Ethan Glenn**
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
78701
Austin, TX 78701
512−536−2437
Email: ethan.glenn@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

**Kayla Ahmed**
3114 Castro Street
Austin, TX 78702
413−522−6913
Email: kayla.ahmed@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

**Marc B. Collier**
Norton Rose Fulbright US LLP
98 San Jacinto Blvd
Suite 1100
Austin, TX 78701
(512) 474−5201
Fax: 512/536−4598
Email: marc.collier@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

A true copy of the original, I certify,
Clerk U.S. District Court

By L Diaz
Deputy

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2026 | 1 | NOTICE OF REMOVAL by Tesla, Inc. (Filing fee $405 receipt number ATXWDC−22386578), filed by Tesla, Inc.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Collier, Marc) (Entered: 07/28/2026) |
| 07/28/2026 | 2 | SUPPLEMENT *to JS44 Civil Cover Sheet* by Tesla, Inc.. (Collier, Marc) (Entered: 07/28/2026) |
| 07/28/2026 | | Case assigned to Judge Christopher R. Wolfe and REFERRED to Magistrate Judge Dan N. MacLemore. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE (lad) (Entered: 07/29/2026) |
| 07/29/2026 | 3 | Pro Hac Vice Letter to Todd A. Holleman. (lad) (Entered: 07/29/2026) |
| 07/29/2026 | 4 | RULE 7 DISCLOSURE STATEMENT filed by Tesla, Inc.. (Collier, Marc) (Entered: 07/29/2026) |
| 07/29/2026 | 5 | MOTION to Appear Pro Hac Vice by Liara A. Silva ( Filing fee $ 100 receipt number ATXWDC−22390852) by on behalf of Angstrom Aluminum Castings Texas, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Dan N. MacLemore. (Silva, Liara) (Entered: 07/29/2026) |
| 07/30/2026 | 6 | ORDER GRANTING 5 Motion to Appear Pro Hac Vice for Attorney Todd A. Holleman. Attorney added for Angstrom Aluminum Castings Texas, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Dan N. MacLemore. (bot1) (Entered: 07/30/2026) |
| 07/30/2026 | 7 | STIPULATION *to Remand* by Angstrom Aluminum Castings Texas, LLC. (Holleman, Todd) (Entered: 07/30/2026) |
| 07/30/2026 | | DEFICIENCY NOTICE: re 7 Stipulation. The document should be filed as a motion to remand. Please refile. (lad) (Entered: 07/30/2026) |
| 07/30/2026 | 8 | MOTION to Remand to State Court by Angstrom Aluminum Castings Texas, LLC.. Motions referred to Judge Dan N. MacLemore. (Holleman, Todd) (Entered: 07/30/2026) |
| 07/31/2026 | 9 | ORDER GRANTING 8 Motion to Remand to State Court. Signed by Judge Christopher R. Wolfe. (lad) (Entered: 07/31/2026) |
| 07/31/2026 | 10 | Remand Letter to State Court with Certified Mail #9589 0710 5270 3384 0857 52 (lad) (Entered: 07/31/2026) |