**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANGSTROM ALUMINUM CASTINGS TEXAS, LLC, | § | Chapter 11 |
| | § | |
| | § | Case No. 26-60766-mmp |
| Debtor. | § | |

| | | |
|---|---|---|
| | § | |
| ANGSTROM ALUMINUM CASTINGS TEXAS, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | Adv. Proc. No. 26-06013-mmp |
| v. | § | |
| | § | |
| TESLA, INC., | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING MOTION OF TESLA, INC. TO WITHDRAW REFERENCE**

Upon the motion (the "Motion")[1] of Tesla, Inc. ("Tesla") requesting entry of an order (this "Order") withdrawing the reference, to the extent applicable, in the Adversary Proceeding styled *Angstrom Aluminum Castings Texas, LLC v. Tesla, Inc.*, Adv. Case No. 26-06013-mmp; and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. § 1334; and this Court being able to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given and no other or further notice being necessary; and the Court

[1] All capitalized terms used by not otherwise defined herein have the meanings ascribed to such terms in the Motion.

having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The reference has already been withdrawn by the this Court's Prior Withdrawal Order (Federal Action, Dkt. No. 34) because that Order withdrew the reference as to "all issues relating to the Tesla Tooling," which encompasses the Adversary Proceeding.

3. The Court alternatively finds and concludes that, to the extent the reference has not been previously withdrawn, it is hereby withdrawn in the Adversary Proceeding.

4. Tesla is authorized to take all such actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SIGNED** August ______________, 2026.

_______________________________________
HON. CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE

# # #

Prepared By:

Dated: August 28, 2026

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland
Texas Bar No. 24040542
jason.boland@nortonrosefulbright.com
1550 Lamar St., Suite 2000
Houston, TX 77010
Telephone: (713) 651-3769
Facsimile: (713) 651-5246

Marc B. Collier
Texas Bar No. 00792418
marc.collier@nortonrosefulbright.com
Ethan Glenn
Texas Bar No. 24101810
ethan.glenn@nortonrosefulbright.com
Kayla Ahmed
Texas Bar No. 24136691
kayla.ahmed@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

*Counsel for Tesla, Inc.*